Michael H. Meyer, Esq. #82336
Chapter 13 Trustee
Deanna K. Hazelton #202821
Senior Staff Attorney
Sarah R. Velasco, #255873
Staff Attorney
P.O. Box 28950
Fresno, CA 93729-8950
Tel (559) 275-9512
Fax (559) 275-9518
E-mail: cvinson@meyer13.com

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No.: 19-12351-B-13F |
| Erica Alejandra Gomez | DC NO. MHM-5 |
| Debtor | CHAPTER 13 |
| | NOTICE OF HEARING ON MOTION TO DISGORGE FEES PAID AND OBJECTION TO ATTORNEY FEE COMPENSATION |
| | DATE: March 18, 2020 |
| | TIME: 9:30 AM |
| | PLACE: U.S. Courthouse |
| | Dept. B, Courtroom 13, 5th Floor |
| | 2500 Tulare Street |
| | Fresno, Ca 93721 |
| | JUDGE: Hon. Rene Lastreto II |

TO THE AND DEBTOR THE COURT AND OTHER INTERESTED PERSONS:

PLEASE TAKE NOTICE that the hearing on Motion to Disgorge Fees Paid and Objection to Attorney Fee Compensation will come on for hearing on March 18, 2020, at 9:30 AM, before the Honorable Rene Lastreto II of the United States Bankruptcy Court, located at Dept B, Courtroom 13, 5th Floor, 2500 Tulare Street, Fresno, Ca 93721, at which time the Court will consider the pleadings and papers of the Motion.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

Pursuant to Local Bankruptcy Rule 9014-1(f)(2), no written response to the motion is necessary. Any opposition to the motion shall be heard at the hearing.

Respondents may determine whether the matter has been resolved without oral argument or whether the court has issued a tentative ruling, and may view pre-hearing dispositions by checking the Court's website at www.caeb.uscourts.gov after 4:00 P.M. the day before the hearing, and that parties appearing telephonically must view the pre-hearing dispositions prior to the hearing.

DATE: 3-4-20

/S/ MICHAEL H. MEYER
MICHAEL H. MEYER, Chapter 13 Trustee