Michael H. Meyer, Esq. #82336
Chapter 13 Trustee
Deanna K. Hazelton #202821
Senior Staff Attorney
Sarah R. Velasco, #255873
Staff Attorney
P.O. Box 28950
Fresno, CA 93729-8950
Tel (559) 275-9512
Fax (559) 275-9518
E-mail: cvinson@meyer13.com

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>Erica Alejandra Gomez<br><br>　　　　Debtor | CASE NO.: 19-12351-B-13F<br>DC NO.: MHM-5<br>CHAPTER 13 PROCEEDING<br>PROOF OF SERVICE<br>DATE:　March 18, 2020<br>TIME:　9:30 AM<br>PLACE:　U.S. Courthouse<br>　　　　Dept. B, Courtroom 13, 5th Floor<br>　　　　2500 Tulare Street<br>　　　　Fresno, Ca 93721<br>JUDGE:　Hon. Rene Lastreto II |

STATE OF CALIFORNIA, COUNTY OF FRESNO

　　I am employed in the County of Fresno, State of California. I am over the age of eighteen years and not a party to the within action. My business address is PO Box 28950. Fresno, California 93729-8950.

　　On the date below I served the following documents described as:

**(1) MOTION TO DISGORGE FEES PAID AND OBJECTION TO ATTORNEY FEE COMPENSATION,**

**(2) NOTICE OF HEARING ON MOTION TO DISGORGE FEES PAID AND OBJECTION TO ATTORNEY FEE COMPENSATION,**

**(3) DECLARATION IN SUPPORT OF MOTION TO DISGORGE FEES PAID AND OBJECTION TO ATTORNEY FEE COMPENSATION,**

**(4) EXHBITS TO THE DECLARATION IN SUPPORT OF MOTION TO DISGORGE FEES PAID AND OBJECTION TO ATTORNEY FEE COMPENSATION**

**(5) REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISGORGE FEES PAID AND OBJECTION TO ATTORNEY FEE COMPENSATION,**

**(6) PROOF OF SERVICE.**

I served the above documents on the interested parties by placing a true and correct copy thereof in a sealed envelope with the Trusteeship's mail room personnel for affixing a fully prepaid postage and mailing in the United States mail at Fresno, California in accordance with Trusteeship's ordinary practices, addressed as set forth below:

| | |
|---|---|
| Interested party:<br>Thomas O Gillis<br>1006 H Street Ste 1<br>Modesto, Ca 95354 | Debtor:<br>Erica Alejandra Gomez<br>3221 W Cecil Ave<br>Visalia, Ca 93291 |
| Interested party:<br>Mark J. Hannon<br>1114 W. Fremont St.<br>Stockton, CA 95203 | Interested party:<br>Mark J. Hannon<br>1006 H Street STE 1<br>Modesto, CA 95354 |

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. This declaration was executed on March 4, 2020, at Fresno, California.

/s/ Elizabeth Roberts
Elizabeth Roberts