```
                       United States Bankruptcy Court
                         Eastern District of California

In re:                                                    Case No. 19-12351-B
Erica Alejandra Gomez                                     Chapter 13
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0972-1        User: pdes              Page 1 of 1           Date Rcvd: Mar 19, 2020
                            Form ID: pdf030         Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 21, 2020.
db             +Erica Alejandra Gomez,    3221 W Cecil Ave,    Visalia, CA 93291-8749
aty            +Thomas O. Gillis,    1006 H St #1,    Modesto, CA 95354-2384

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr              E-mail/Text: bncnotices@meyer13.com Mar 20 2020 03:53:21      Michael H. Meyer,    PO Box 28950,
                 Fresno, CA   93729-8950
                                                                                             TOTAL: 1

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*           +Thomas O. Gillis,    1006 H St #1,    Modesto, CA 95354-2384
                                                                                         TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2020                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 19, 2020 at the address(es) listed below:
NONE.                                                                                         TOTAL: 0
```

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

```
In re                                    ) Case No. 19-12351 - B - 13
Erica Alejandra Gomez,                   ) Docket Control No. MHM-5
        Debtor.                          ) Document No. 69
                                         ) Date: 03/18/2020
                                         ) Time: 9:30 AM
_____) Dept: B
```

**Order**

For the reasons set forth in the court's minutes, docket number 75,

IT IS ORDERED that the motion to disgorge fees is CONTINUED to April 29, 2020 at 9:30 a.m. in Department B, Courtroom 13, Fifth Floor, U.S. Courthouse, 2500 Tulare Street, Fresno, California.

Dated: Mar 18, 2020

By the Court

René Lastreto II, Judge
United States Bankruptcy Court

[69] - Motion/Application to Disgorge Fees [MHM-5] Filed by Trustee Michael H. Meyer (fdis)

# Instructions to Clerk of Court
## Service List – Not Part of Order/Judgment

The Clerk of Court is instructed to send the Order/Judgment or other court generated document transmitted herewith to the parties below. The Clerk of Court will send the Order via the BNC.

| | | |
|---|---|---|
| Erica Alejandra Gomez<br>3221 W Cecil Ave<br>Visalia CA 93291 | Michael H. Meyer<br>PO Box 28950<br>Fresno CA 93729-8950 | Thomas O. Gillis<br>1006 H Street #1<br>Modesto CA 95354 |