THOMAS O. GILLIS, SBN 40186
1006 H STREET, SUITE 1
MODESTO, CALIFORNIA 95354
TEL: (209) 575-1153
FAX: (866)750-5566

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

In Re:  
    ERICA ALEJANDRA GOMEZ,

        Debtor.
_____/

CASE NO. 19-12351  
Chapter 13

DATE: April 29, 2020  
TIME: 9:30 a.m.  
DEPT: US Bankruptcy Court  
2500 Tulare St., 5th Fl, Rm 13, Fresno, CA  
JUDGE: Hon. René Lastreto

## PROOF OF SERVICE

I am employed in the County of Stanislaus: State of California. I am over the age of eighteen years and not a party to the within cause; my business address is 1006 H Street, Ste. 1, Modesto, California 95354. On Today's date, I served the following documents:

> 1) Response of Thomas O. Gillis
>
> 2) Declaration of Thomas O. Gillis

The documents were served on the interested parties in said cause, by electronic mail, or by placing a true copy thereof enclosed in a sealed envelope with postage thereon

fully prepaid as indicated below in the United States mail at Modesto, California addressed and served as indicated:

| |
|---|
| **Office of the US Trustee** <br> 2500 Tulare Street, Suite 1401 <br> Fresno, CA 93721 <br> Ustpregion17.fr.ecf@usdoj.gov <br> **Michael Meyer** <br> P.O. Box 28950 <br> Fresno, Ca 93729-8950 <br> Cvinson@meyer13.com |

    I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on April 15, 2020, in Oakdale, California.

                               */s/ Valerie Johnson* <br>
                                 Valerie Johnson