**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**CIVIL MINUTES**

---

**Case Title:** Erica Alejandra Gomez    **Case No.:** 19-12351 - B - 13
　　　　　　　　　　　　　　　　　　　　　**Docket Control No.** MHM-5
　　　　　　　　　　　　　　　　　　　　　**Date:** 04/29/2020
　　　　　　　　　　　　　　　　　　　　　**Time:** 9:30 AM

**Matter:** [69] - Motion/Application to Disgorge Fees [MHM-5] Filed by Trustee Michael H. Meyer (fdis)

**Judge: René Lastreto II**
**Courtroom Deputy: Debbie Chavez**
**Reporter: Not Recorded**
**Department: B**

---

**APPEARANCES for:**
**Movant(s):**
None
**Respondent(s):**
None

---

**CIVIL MINUTES**

HEARING TO BE HELD ON 6/24/2020 at 9:30 AM at Fresno Courtroom 13, Department B

The court will issue an order.

Pursuant to the respondent's request, and due to the information contained in the request in addition to the circumstances surrounding the COVID-19 pandemic, this matter is continued to June 24, 2020 at 9:30 a.m.

Debtor shall file and serve a status report on the progress of the loan modification not later than June 10, 2020. Respondent may file and serve a supplemental response to address the merits of the chapter 13 trustee's motion not later than June 10, 2020. The chapter 13 trustee may file and serve a response not later than June 17, 2020.