```
                         United States Bankruptcy Court
                          Eastern District of California
```

In re:                                                          Case No. 19-12351-B
Erica Alejandra Gomez                                           Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0972-1          User: fdis            Page 1 of 1          Date Rcvd: May 01, 2020
                              Form ID: pdf030       Total Noticed: 3
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 03, 2020.
db           +Erica Alejandra Gomez,    3221 W Cecil Ave,    Visalia, CA 93291-8749
aty          +Thomas O. Gillis,    1006 H St #1,    Modesto, CA 95354-2384

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr            E-mail/Text: bncnotices@meyer13.com May 02 2020 05:19:34      Michael H. Meyer,    PO Box 28950,
               Fresno, CA   93729-8950
                                                                                             TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Thomas O. Gillis,    1006 H St #1,    Modesto, CA 95354-2384
                                                                           TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 1, 2020 at the address(es) listed below:
NONE.                                                                                    TOTAL: 0

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

```
In re                                ) Case No. 19-12351 - B - 13
Erica Alejandra Gomez,               ) Docket Control No. MHM-5
      Debtor.                        ) Document No. 69
                                     ) Date: 04/29/2020
                                     ) Time: 9:30 AM
_____) Dept: B
```

**Order**

For the reasons set forth in the court's minutes, docket number 81,

IT IS ORDERED that the Motion to Disgorge Fees is CONTINUED to June 24, 2020 at 9:30 a.m. in Department B, Courtroom 13, Fifth Floor, U.S. Courthouse, 2500 Tulare Street, Fresno, California.

IT IS FURTHER ORDERED that the Debtor shall file and serve a status report on the progress of the loan modification not later than June 10, 2020. Respondent may file and serve a supplemental response to address the merits of the chapter 13 trustee's motion not later than June 10, 2020. The chapter 13 trustee may file and serve a response not later than June 17, 2020.

Dated: Apr 30, 2020

By the Court

*René Lastreto II*
René Lastreto II, Judge
United States Bankruptcy Court

[69] - Motion/Application to Disgorge Fees [MHM-5] Filed by Trustee Michael H. Meyer (fdis)

## Instructions to Clerk of Court
Service List – Not Part of Order/Judgment

The Clerk of Court is instructed to send the Order/Judgment or other court generated document transmitted herewith to the parties below. The Clerk of Court will send the Order via the BNC.

Erica Alejandra Gomez
3221 W Cecil Ave
Visalia CA 93291

Michael H. Meyer
PO Box 28950
Fresno CA 93729-8950

Thomas O. Gillis
1006 H Street #1
Modesto CA 95354