THOMAS O. GILLIS, SBN 40186
1006 H STREET, SUITE 1
MODESTO, CALIFORNIA 95354
TEL: (209) 575-1153
FAX: (866)750-5566

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| In Re:<br>    ERICA ALEJANDRA GOMEZ,<br><br>        Debtor.<br><br>_____ / | CASE NO. 19-12351<br>Chapter 13<br>Continued Hearing:<br>DATE:  June 24, 2020<br>TIME:  9:30 a.m.<br>DEPT:  US Bankruptcy Court<br>           2500 Tulare St., 5th Fl, Rm 13,<br>           Fresno, CA<br>JUDGE: Hon. René Lastreto |

**PROOF OF SERVICE**

I am employed in the County of Stanislaus: State of California. I am over the age of eighteen years and not a party to the within cause; my business address is 1006 H Street, Ste. 1, Modesto, California 95354. On Today's date, I served the following documents:

    1)    Status Report of Thomas O. Gillis

The documents were served on the interested parties in said cause, by electronic mail, or by placing a true copy thereof enclosed in a sealed envelope with postage thereon

fully prepaid as indicated below in the United States mail at Modesto, California addressed and served as indicated:

| |
|---|
| **Office of the US Trustee** <br> 2500 Tulare Street, Suite 1401 <br> Fresno, CA 93721 <br> Ustpregion17.fr.ecf@usdoj.gov <br> **Michael Meyer** <br> P.O. Box 28950 <br> Fresno, Ca 93729-8950 <br>  Cvinson@meyer13.com |

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on June 10, 2020, in Oakdale, California.

*/s/ Valerie Johnson*
Valerie Johnson